UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER WALLACE,

                Plaintiff,

  - against -

NEW SCHOOL UNIVERSITY and
EUGENE LANG COLLEGE,

                Defendants.

**AFFIDAVIT OF SERVICE**

05 Civ. 7094 (KMW)

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NASSAU  )

    EILEEN SCANLON, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in West Islip, New York.

    On September 7, 2005, I served a copy of defendant's **Notice of Motion, with accompanying exhibits; Declaration of James P. O'Brien, Jr. in Support of Motion to Dismiss; and Defendants' Memorandum of Law in Support of Their Motion to Dismiss** by depositing a true copy thereof in official Federal Express overnight wrapper, marked for overnight delivery, and leaving it with a representative of Federal Express, prior to the latest time designated by that service for overnight delivery addressed to:

        Mark H. Bierman, Esq.
    Beranbaum Menken Ben-Asher & Bierman, LLP
        80 Pine Street, 32nd Floor
        New York, New York 10005

                              _____
                              Eileen Scanlon

Sworn to before me this
7th day of September, 2005

_____
Notary Public

YASMIRA ALONSO
NOTARY PUBLIC, State of New York
No. 4991549
Qualified in Nassau County
Commission Expires February 3, 2006

G280345.1